UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| Diping Y. Anderson,<br>Plaintiff, | |
| v. | Civ. Action no. 14-13380-PBS |
| Megan Brennan, Postmaster General,<br>Defendant. | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE LATE PETITION FOR ATTORNEY'S FEES**

Plaintiff, Diping Anderson, requests that this Court allow the late filing of her Petition for Reasonable Attorney's Fees and Costs. This Court's *Judgment* awarding attorney's fees in this case was issued on March 17, 2017. However, Plaintiff filed her Petition for Attorney's Fees on April 4, 2017, past the deadline for that petition. Anderson entreats the Court allow to consider the petition by extending that deadline on grounds of excusable neglect in accord with Rule 6, Fed. R. Civ. Proc. In support of her within Motion, Anderson offers the affidavit of her counsel, James Brady in support of the Motion for leave to file late petition. As further grounds for her motion, Plaintiff states as follows:

Excusable neglect: During the days immediately before and after this Court issued the *Judgment* in this case, Plaintiff's counsel, Jim Brady, was intensely involved in trial preparations in a bitterly contested probate case in Oklahoma encaptioned: Belle Isle and James Brady v. Mike Brady, Tulsa Dist. Ct. docket no. PT-2009-053. Plaintiff's counsel is both a key trial witness and a lawyer in

that case, having been admitted *pro hac vice* to participate and assist lead counsel, Ben Faulkner. His surviving[1] co-plaintiff is his 75 year-old brother, William Belle Isle; their suit is against brother, Mike Brady, formerly trustee of their parents' trust. During the period March 15 – 26, Jim Brady was consumed with preparing direct examination questions with document references for himself and for co-plaintiff Belle Isle, as well as cross examination queries for defendant, Mike Brady. On March 27, Jim Brady flew to Tulsa; he, Belle Isle, and defendant Mike Brady all testified at length in the following days; Plaintiff's counsel only returned to Boston in the evening of March 30th.

Altering Judgment: Plaintiff's counsel does not suggest that arithmetic errors and inconsistencies in the Court's March 17th *Judgment* excuse his lateness in filing the Petition for Attorney's Fees. However, it seems likely that an amended Judgment will issue in this case.

Plaintiff's counsel apologizes for his late filing of the Petition for fees and entreats the Court to consider the Petition nonetheless both on grounds of excusable neglect and because it would be inequitable for Anderson to suffer for her lawyer's embroilment in an ugly and consuming family probate case.

Respectfully submitted,

DIPING ANDERSON,
Plaintiff
By her attorney,
/s/ James P. Brady____

James P. Brady, Esq.

[1] The sister of Plaintiff's counsel, Bonnie Brady, was another co-plaintiff, but she died in 2014 while the probate case was pending.

(BBO# 556984)
149 High Street
Hingham, MA 02043
(781) 749-3114

Dated: April 4, 2017

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, filed with the U. S. District Court through the Electronic Case Filing System, will be sent electronically on April 4, 2017 to the registered participants as identified on the Notice of Electronic Filing.

/s/ James P. Brady
James P. Brady