OFFICE OF
**JAMES P. BRADY, LL.M**
**Attorney at Law**

149 High Street
Hingham, MA 02043

Tel: (781) 749-3114
Fax: (781) 740-2319
James@JPBradyLaw.com

December 15, 2015

Diping Anderson
65 East India Row
Unit 28A
Boston, MA 02110

Dyang1972@yahoo.com

RE: Anderson v. USPS
(U.S. Dist. Ct., C.A. no. 14-13380-PBS)

**STATEMENT OF PROFESSIONAL SERVICES**
**(for period July 30 – December 15, 2015)**

**Services listed below by J.P. Brady, Esq.**

| **date** | **service** | **hours** |
|---|---|---|
| July 30 | TC to M Grealish, prosp. witness<br>Re: role of prosp. witness at USPS<br>knowledge of rule violations by other USPS officers<br>which were not punished<br>observations of client's conduct as USPS officer<br>racist statements and conduct by USPS supervisors | 0.7 |
| Aug. 3 | TC from client<br>Re:__________________________ | 0.3 |
| Aug. 19 | TC from client<br>Re:__________________________ | 0.3 |

| | | |
|---|---|---|
| Aug. 21 | Review<br>e-mail corresp. from client, incl.:<br>____________________________ | 0.1 |
| Aug. 24 | TC from client<br>Re: ____________________________ | 0.4 |
| Aug. 25 | Review<br>e-mail corresp. from client, incl.:<br>____________________________________ | 0.1 |
| Sept. 23 | Review<br>Corresp. from client<br>Re: ____________________________ | 0.1 |
| Oct. 1 | Conf. with client<br>Re: ____________________________ | 2.1 |
| | Matters unrelated to professional representation | 0.4<br>(no charge) |
| Oct. 13 | TC to R. Farquahar, opp. atty.<br>Re: Request for teleconf. on discovery issues | 0.1<br>(no charge) |
| Oct. 14 | Review corresp. from client<br>Re: _________________________ | 0.1<br>(no charge) |
| Oct. 16 | Draft<br>Letter to client<br>Re: ______________________________ | 0.3 |
| Oct. 18 | TC from client<br>Re: _______________________________ | 0.3 |
| Oct. 21 | TC from R. Farquahar, opp. atty.<br>Re: outstanding discovery issues in case<br>JB request for extension of deadline for Pl. responses to Def.'s 1st Ints. and 1st Requests (OK to Nov. 30) | 0.2 |

| | | |
|---|---|---|
| Nov. 3 | Review<br>Corresp., from client<br>Re: ______________________ | 0.1 |
| Nov. 11 | Review<br>Corresp., from client<br>Re: ________________________ | 0.1 |
| Nov. 12 | Draft<br>Notes (2) to client<br>Re: _______________________________ | 0.3<br>(no charge) |
| Nov. 12 | Review/analyze<br>Client's prior statements and testimony, incl:<br>Deposition in EEOC case<br>Memos of interviews with USPS investigators | 2.7 |
| Nov. 13 | Review/analyze<br>Statements of other witnesses to Brockton incident, incl.:<br>Rebello, Walker, Foley, Motrucinski, Kelley<br>Final Agency Decision (USPS termination)<br>other USPS communications with client<br>relevant USPS policies | 3.2 |
| Nov. 16 | Draft<br>Memorandum on prior testimony with citations | 4.2 |
| Nov. 17 | Draft<br>Memorandum on prior testimony with citations | 1.6 |
| | Review<br>Prior written statements of M Grealish, witness | 0.3 |
| Nov. 19 | Conf. with M Grealish<br>Re: disciplinary practices as USPS<br>infractions and punishments of other officers for:<br>misplaced gun room keys<br>guns stored in changing room lockers<br>sleeping on duty<br>expressions of racist sentiments by USPS supervisors:<br>McGee & Motrucinski | 2.7 |

| | | |
|---|---|---|
| | Conf. with client<br>Re: ____________________ | 0.4 |
| | Matters unrelated to professional representation | 0.2<br>(no charge) |
| Nov. 20 | Draft<br>Grealish Aff. | 3.8 |
| | TC (3) to/ from M Grealish<br>Re: additional information relevant to USPS discipl. Practices<br>Conf. with JB to review/ revise Aff. | 0.5 |
| Nov. 21 | Draft/ Revise<br>Grealish Aff. (to incorporate addit. witness info.) | 2.3 |
| | Draft<br>Note to client<br>Re: __________________________ | 0.1 |
| | TC from client<br>Re: __________________________ | 0.3 |
| Nov. 23 | Review<br>Memo from client ___________________ | 0.3 |
| | TC to R Farquahar, Asst. US Atty., opp. atty<br>Re: extension of deadline for response to Defs.<br>1st Ints. and 1st Requests (agreed to Dec. 14) | 0.2<br>(no charge) |
| Nov. 23 | Draft<br>Note to R Farquahar, Asst. US Artty., opp. atty<br>Re: extension of deadline for response to Defs. | 0.3<br>(no charge) |
| Nov. 23 | TC to client<br>Re: ________________________________ | 0.2 |
| | ________________________________ | 0.2<br>(no charge) |
| Nov. 23 | Revise<br>Grealish Aff. (to incorporate addit. witness info.) | 2.2 |

| | | |
|---|---|---|
| | Conf. with M Grealish<br>Re: additional information pertaining to USPS discipline<br>Revisions to Grealish Aff. | 1.6 |
| Nov. 23 | Revise<br>Grealish Aff. | 1.5 |
| Dec. 4 | Draft<br>Pl. Response to Def.'s 1st Interrogatories | 1.7 |
| | Review<br>prior written statements of prosp. witness, M. Barris | 0.3 |
| Dec. 7 | TC (2) to client<br>Re: ________________________________ | 0.5 |
| | TC to M. Barris<br>Re: scheduling phone interview with witness<br>focus on inconsistent disciplinary practices as USPS | 0.1 |
| Dec. 8 | Teleconf./ interview with M Barris<br>Re: inconsistent discipline in USPS<br>Barris employment history<br>antagonism of supervisors toward client | 2.3 |
| Dec. 8 | TC to M. Barris<br>Re: further info needed in response to def.'s discovery<br>Barris personal history of discipline by USPS | 0.3 |
| | TC to client<br>Re: __________________________________ | 0.3 |
| Dec. 8 | Draft<br>M. Barris Aff. | 5.5 |
| Dec. 9 | Draft<br>Note to client<br>Re: ______________________________ | 0.3 |

| | | | |
|---|---|---|---|
| | Review | | 0.1 |
| | Corresp. from client | | |
| | Re: ________________________ | | |
| | Revise | | 0.6 |
| | Barris Aff. | | |
| Dec. 10 | Draft | | 0.3 |
| | Note to M Barris | | |
| | Re: review and revision of draft affidavit | | |
| | Draft | | |
| | 1) letter to client | | 0.5 |
| | Re: ________________________ | | |
| | 2) note to M Barris | | |
| | Re: draft declaration for review by witness | | |
| Dec. 10 | TC to client | | 0.3 |
| | Re: ________________________ | | |
| | Review | | 0.1 |
| | Corresp. from client | | |
| | Re: ________________________ | | |
| | TC to M. Barris | | 0.1 |
| | Re: teleconf. for revision of Aff. | | |
| Dec. 12 | Review/ analyze | | 0.4 |
| | Def's 1st Ints. and 1st Requests for Prod.of docs. To client | | |
| Dec. 12 | Review | | 0.1 |
| | Corresp. from client | | |
| | Re: ________________________ | | |
| | Draft | | 3.9 |
| | D-1 Pl.'s Responses to Def.'s 1st Interrogatoies | | |
| Dec. 13 | Legal Research (via LOIS Law software system) | | 2.3 |
| | Re: standard and cases cited by USPS in Final Ag. Decision actual 1st Circuit standard relevant to case | | |

| | | |
|---|---|---|
| Dec. 13 | Conf. with client<br>Re: ______________________________ | 2.2 |
| | matters unrelated to professional representation | 0.3<br>(no charge) |
| | Draft/ revise<br>D-2 of Pl. Responses to Def.'s 1st Ints. | 1.0 |
| Dec.14 | Draft<br>D-1 Pl.'s Responses to Def.'s 1st Requests for Prod. | 2.3 |
| Dec.14 | Conf. with client<br>Re: _________________________ | 1.8 |
| | _____________________ | 0.4<br>(no charge) |
| Dec.14 | Draft<br>letter to R Farquhar, opp. atty.<br>Re: service of Pl. Resp. to Def.'s 1st Ints.<br>Anticipated service of Pl. Resp. to Def's 1st Request for Production | 0.4 |
| Dec. 14 | TC to M Barris<br>Re: additional revisions to Barris Aff. | 0.5 |
| | Revise<br>Barris Aff. to incorporate final revisions | 0.3 |
| | Draft<br>Note to M Barris<br>Re: notarizing Aff. | 0.2 |
| | TC to/,from client<br>Re: _________________ | 0.3<br>(no charge) |
| Dec. 15 | Draft<br>Statement of professional services | 1.2<br>(no charge) |
| | Total charged hours | 63.7 |

**NOTE: Services provide to client prior to July 30, 2015 were paid by client in a check in the amount of $ 1,000 on July 30, 2015.**

**Services by D.B. Bombasaro, paralegal**

| date | services | hours |
|---|---|---|
| ======= | ======================================== | ====== |
| | DB Bombasaro- TOTAL HOURS charged | 0.0 |

**Tabulated fees for Services**

(JP Brady, Esq.
(63.7 charged hrs. X $ 325/hr. reduced courtesy rate) = **$ 20,702**

(DB Bombasaro
(0.0 charged hrs. X $ 90/hr. reduced courtesy rate) = 00

---------------------------------------------------------------- -------------

**TOTAL PROFESSIONAL FEES** **$ 00**

**Discounts from professional fees**

discount intrinsic to invoice

J Brady No charge services 3.5 X $ 325 = $ 1,137

**Disbursements and Expenses** (* see attached receipts)

| | | |
|---|---|---|
| internal office photocopying, (incl: copies of memos, legal research, correspondence) | 255 | |
| LOIS Law (computer software charge)( 2.3 hrs. X $30/hr. rate) = | 69 | |
| telephone, FAX (incl. long distance) | 00 | |
| postage (incl. FEDEX- overnight memo to landlord) | 3 | |
| travel | 00 | |
| parking | 00 | |
| ============================================== | ======== | |
| **Total- all current disbursements and expenses** | $ 327 | **$ 327** |

==========================================================================

**TOTAL ALL CURRENT PROFESSIONAL FEES AND EXPENSES $ 21,029**

**CREDIT OR BALANCE OUTSTANDING UNDER PRIOR INVOICES**

| | | | |
|---|---|---|---|
| Credits | | | |
| initial retainer- | $ 15,000 | | |
| retainer applied to prior invices | 000 | | |
| retainer applied to this invoice | 4,000 | **LESS** | **$ 4,000** |
| --------------------------------------- | ---------- | | |
| total retainer remaining on deposit | $ 11,000 | | |

==========================================================================

**TOTAL OUTSTANDING UNDER THIS INVOICE $ 17,029**